16

United States District Court
Southern District of Texas
FILED

AUG 13 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-19-1497** |
| BRAXTON ALLEN LEAL | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 29, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRAXTON ALLEN LEAL**

willfully and knowingly did steal, purloin and knowingly convert to his use or the use of another, money or thing of value of the United States, approximately $1,250.00 in United States currency.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY