

United States District Court
Southern District of Texas
FILED

DEC 0 8 2020

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-19-1497 |
| | § | |
| BRAXTON ALLEN LEAL | § | |

## GOVERNMENT'S EXHIBIT LIST

| Presiding Judge:<br>Randy Crane | Assistant U.S. Attorney:<br>Karla Andrade (Lead)<br>Jongwoo Chung (Co-Counsel) | Defendant's Attorney:<br>Santos Maldonado, Jr. |
| --- | --- | --- |
| Trial Date(s): 12/8/2020 | Electronic Recording Ofcr.: | Courtroom Deputy: |

| GOVT NO | DEF NO | DESCRIPTION OF EXHIBITS AND WITNESSES | DATE OFFERED | MARKED | ADMITTED |
| --- | --- | --- | --- | --- | --- |
| 1 | | Confidential Source Agreement | | | |
| 2 | | Voucher 1 (4/29), 2 (5/30), & 3 (5/06) | | | |
| 3 | | Miranda Warning | | | |
| 4 | | Audio of Confession | | | |
| 5 | | Record of Payment | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Government's Exhibit List - Page 1

| GOVT NO | DEF NO | DESCRIPTION OF EXHIBITS AND WITNESSES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,

**RYAN PATRICK**
**UNITED STATES ATTORNEY**

*s/ Karla Andrade*
KARLA ANDRADE
Assistant United States Attorney